

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00283-CV

Lee Nick **MCFADIN** III and Sandra Saks,
Appellants

v.

**BROADWAY COFFEEHOUSE, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17001
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed: June 27, 2018

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The parties filed an agreed motion to dismiss this appeal. We grant the motion. *See* TEX.

R. APP. P. 42.1(a)(1). We order all costs to be borne by the party that incurred them. *See id.* R.

42.1(d) (absent agreement of parties, costs are taxed against appellant).

PER CURIAM